

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

Nos. 07-21-00294-CV
07-21-00295-CV

_____

STEPHEN PATRICK BLACK, APPELLANT

V.

DARA BROWN, APPELLEE

On Appeal from the 154th District Court
Lamb County, Texas
Trial Court Nos. DCV-19872-18 & DCV-20282-19; Honorable Felix Klein, Presiding

December 10, 2021

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

By separate notices of appeal, Appellant, Stephen Patrick Black, proceeding pro se, sought to appeal the judgment entered in trial court cause number DCV-19872-18 and the order granting a petition for bill of review entered in trial court cause number DCV-20282-19. Now pending before this court are Appellant's motions seeking voluntary

dismissal of those appeals.  The court finds that the motions comply with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motions will not prevent any party from seeking relief to which it would otherwise be entitled.  As no decision of the court has been delivered to date, we grant the motions.  The appeals are dismissed. No motions for rehearing will be entertained and our mandates will issue forthwith.

Per Curiam